UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY BAILEY,

    Petitioner,

v.                                    Case No.  4:24-cv-515-TKW-HTC

RICKY DIXON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Petitioner is not entitled to habeas relief.  The Court also agrees that a certificate of appealability should be denied.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Petitioner's §2254 habeas petition is DENIED on the merits.

3.    A certificate of appealability is DENIED.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of February, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**